# United States Bankruptcy Court
## Central District of California
### Los Angeles Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Altergy, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **f.k.a. U S Energy Systems Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **42-1584509, California Corporation C2502602** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **11601 Wilshire Boulevard Suite 1900 LOS ANGELES, CA**  ZIP CODE **90025** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **6451 Box Springs Boulevard Riverside, CA**  ZIP CODE **92507** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 2.09 Rev. 1/08)18-VK    Doc 1    Filed 12/30/09    Entered 12/30/09 19:33:32    Desc
Main Document    Page 2 of 20

FORM B1, Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Altergy, Inc.**

| Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   Not Applicable** <br> Signature of Attorney for Debtor(s)     Date |

| Exhibit C | Exhibit D |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Altergy, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X */s/ William H. Brownstein*
Signature of Attorney for Debtor(s)

**William H. Brownstein**
Printed Name of Attorney for Debtor(s)

**William H. Brownstein & Associates, P.C.**
Firm Name

**1250 Sixth Street Suite 205**
Address

**Santa Monica, CA  90401-1637**

**310 458-0048**          **310 576-3581**
Telephone Number

**12/30/2009**
Date                  Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Kenneth A Cotton, Pres*
Signature of Authorized Individual

**Kenneth Cotton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/30/2009**
Date

# UNITED STATES BANKRUPTCY COURT
## Central District of California
### Los Angeles Division

## Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                              Case No.:

**Altergy, Inc.**                                                   Chapter: **7**

Debtor(s)

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Riverside    , California    _Kenneth A Cotter Rose_
                                            Debtor

Dated:  12/30/2009

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In re **Altergy, Inc.** Debtor. | CHAPTER: 7 <br> CASE NO.: |
|---|---|

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Kenneth Cotton**                                     , the debtor in this case, declare under penalty
   *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

❏ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❏ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

❏ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty
   *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

❏ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❏ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

❏ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date **12/30/2009**                              Signature  *[signature: Kenneth A Cotton]*
                                                **Kenneth Cotton**
                                                *Debtor*

Date _____              Signature _____
                                                *Joint Debtor (if any)*

# United States Bankruptcy Court

## Central District of California

### Los Angeles Division

In re:  
**Altergy, Inc.**

Case No. _____  
Chapter **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kenneth Cotton**, declare under penalty of perjury that I am the **Presidnet** of **Altergy, Inc.,** a **California** Corporation and that on **12/07/2009** the following resolution was duly adopted by the **Kenneth Cotton** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kenneth Cotton**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Kenneth Cotton**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Kenneth Cotton**, **President** of this Corporation, is authorized and directed to employ **William H. Brownstein**, attorney and the law firm of **William H. Brownstein & Associates, P.C.** to represent the Corporation in such bankruptcy case."

Executed on: **12/30/2009**

Signed: _/s/ Kenneth A. Cotton_  
**Kenneth Cotton**

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**
**Los Angeles Division**

In re:   **Altergy, Inc.**                                                                                                       Case No. _____

                                                                                                                                          Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                                                    $           **0.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                                                                   $           **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                                            $           **0.00**
    4.  Payroll Taxes                                                                                                      **0.00**
    5.  Unemployment Taxes                                                                                        **0.00**
    6.  Worker's Compensation                                                                                    **0.00**
    7.  Other Taxes                                                                                                         **0.00**
    8.  Inventory Purchases (Including raw materials)                                                  **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                                                          **0.00**
    10. Rent (Other than debtor's principal residence)                                                **0.00**
    11. Utilities                                                                                                               **0.00**
    12. Office Expenses and Supplies                                                                           **0.00**
    13. Repairs and Maintenance                                                                                 **0.00**
    14. Vehicle Expenses                                                                                              **0.00**
    15. Travel and Entertainment                                                                                  **0.00**
    16. Equipment Rental and Leases                                                                           **0.00**
    17. Legal/Accounting/Other Professional Fees                                                       **0.00**
    18. Insurance                                                                                                             **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)                                              **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
          Pre-Petition Business Debts (Specify):
        **None**
    21. Other (Specify):
        **None**

    22. Total Monthly Expenses (Add items 3 - 21)                                                                                 $           **0.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)                                                $           **0.00**

**Form 6 - Statistical Summary (12/07)**

**Official Form B6 - Statistical Summary (12/07)**    2007 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)    UNITED STATES BANKRUPTCY COURT – CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re **Altergy, Inc.**    Case No.
Debtors    Chapter **7**

**UNITED STATES BANKRUPTCY COURT**

| In re | Debtor(s) | CHAPTER: CASE NO.: |
| Debtor(s): | | Case No.: (If known) Chapter: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**2007 USBC, Central District of California**

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)    UNITED STATES BANKRUPTCY COURT – CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re  Altergy, Inc.                                              Case No.  7
         Debtors                                                   Chapter

### UNITED STATES BANKRUPTCY COURT

| In re | Debtor(s) | CHAPTER: <br> CASE NO.: |
|---|---|---|
| Debtor(s): | | Case No.: <br> (If known) <br> Chapter: |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ 0.00 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
|---|---|---|
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 0.00 |

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                        1998 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

**Altergy, Inc.**

Debtor.

Case No.:

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                          $    **4,000.00**
    Prior to the filing of this statement I have received                                $    **3,981.63**
    Balance Due                                                                          $       **18.37**

2. The source of compensation paid to me was:

    ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor                    ☑ Other (specify)    **Debtor's president**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) [Other provisions as needed]
       **Covers one 341(a) meeting of creditors**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **Representation in adversary proceedings**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                           1998 USBC, Central District of California

| In re **Altergy, Inc.** Debtor. | Case No.: (If known) |
|---|---|

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**12/30/2009**                                            *[signature: William H. Brownstein]*
*Date*                                                    *Signature of Attorney*

**William H. Brownstein & Associates, P.C.**
*Name of Law Firm*

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| **William H. Brownstein & Associates, P.C.**<br>**1250 Sixth Street, #205**<br>**Santa Monica, CA 90401**<br>**Phone: 310 458-0048**<br>**Fax: 310 576-3581**<br><br>*Attorney for* **Debtor** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

**Altergy, Inc.**

CHAPTER **7**
CASE NUMBER

Debtor.

(No Hearing Required)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* **12/01/2009**, I agreed with the Debtor that for a fee of **$4,000.00**, I would provide only the following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☑ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☑ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☑ Other *(specify):*
      **Provide pre-petition tax and credit planning.**

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: **12/30/2009**

I HEREBY APPROVE THE ABOVE:

*[signature]*

Kenneth Cotton, *Signature of Debtor*

**William H. Brownstein & Associates, P.C.**
*Law Firm Name*

By: *[signature]*

Name: **William H. Brownstein**
     *Attorney for Debtor*

*Rev. 1/01* This form is optional. It has been approved by the United States Bankruptcy Court for the Central District of California.

**F 2090-1.1**

Declaration Re: Limited Scope of Appearance - Page Two (2)                                F 2090-1.1

| In re:<br>**Altergy, Inc.**<br><br>Debtor. | CHAPTER    7<br>CASE NUMBER |
|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF    **Los Angeles**

I am employed in the County of **Los Angeles** State of California.
I am over the age of 18 and not a party to the within action.  My business address is as follows:

**1250 Sixth Street, Suite 205, Santa Monica, CA 90401**

On **12/30/2009**, I served the foregoing document described as: DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties at their last known address by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **1250 Sixth Street, Santa Monica, CA**

California, addressed as follows:

**Office of U.S. Trustee
725 S. Figueroa Street
Suite 2600
Los Angeles, CA 90017**

❑    Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **12/30/2009**

**Cynthia Pieler**                                                                                                    12/30/2009
*Type Name*                                                                        *Signature*

**United States Bankruptcy Court**
**Central District of California**
Los Angeles Division

In re:  **Altergy, Inc.**                                                                                       Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Kenneth Cotton** **6451 Box Springs Boulevard** **Riverside, CA** | CS | 60 | Shareholder |
| **Shawn O'Connell** **6451 Box Springs Boulevard** **Riverside, CA** | CS | 25 | Shareholder |
| **Simon Baitler** **6451 Box Springs Boulevard** **Riverside, CA** | CS | 15 | Stockholder |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, **Kenneth Cotton**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **12/30/2009**

*[signature: Kenneth A Cotton]*

**Kenneth Cotton ,President**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California
### Los Angeles Division

In re **Altergy, Inc.**                                                                Case No.

      Debtor.                                                                Chapter    **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Altergy, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

   **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Kenneth Cotton**<br>**6451 BOX SPRINGS BLVD**<br>**RIVERSIDE, CA** | **60** |
| **Shawn O'Connell**<br>**6451 BOX SPRINGS BLVD**<br>**Riverside, CA** | **25** |
| **Simon Baitler**<br>**6451 BOX SPRINGS BLVD**<br>**Riverside, CA** | **15** |

OR,

        There are no entities to report.

By: _/s/ William H. Brownstein_

**William H. Brownstein**
Signature of Attorney

Counsel for    **Altergy, Inc.**
Bar no.:
Address.:    **William H. Brownstein & Associates, P.C.**
**1250 Sixth Street**
**Suite 205**
**Santa Monica, CA  90401-1637**
Telephone No.:    **310 458-0048**
Fax No.:    **310 576-3581**
E-mail address:    **Brownsteinlaw.bill@gmail.com**

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST

## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **William H. Brownstein**
Address     **William H. Brownstein & Associates, P.C.**
            **1250 Sixth Street**
            **Suite 205**
            **Santa Monica, CA  90401-1637**
Telephone   **310 458-0048**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Altergy, Inc.**<br>**f.k.a. U S Energy Systems Inc.** | Case No.: |
|---|---|
| | Chapter: 7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___3___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  12/30/2009                         _[signature]_
                                          Kenneth Cotton, President


_____
William H. Brownstein, Attorney *(if applicable)*

```
Altergy, Inc.
6451 Box Springs Boulevard
Riverside, CA 92507

William H. Brownstein
William H. Brownstein & Associates,
1250 Sixth Street
Suite 205
Santa Monica, CA  90401-1637

Office of U.S. Trustee
725 S. Figueroa #2600
Los Angeles, CA  90017
```

Allied Administrators
P O Box 26908
San Francisco, CA 94126

Ametek Solid State Controls
C/O NACM Great Lakes Region
3959 Clay Avenue
Wyoming, MI 49548

Conway Freight
5555 Rufe Snow Drive, Suite 5515
N. Richlands Hills, TX 76180

Fast Signs Moreno Valley
23209 Sunnymead Boulevard
Moreno Valley, CA 92553

Finestone & Richter
1875 Century Park East, Suite 1500
Los Angeles, CA 90067

First Comp - Endurance Worker's Com
222 Soiuth 15th Street, Suite 1200
Omaha, NE 68102

Ken Cotton
6451 Box Springs Boulevard
Riverside, CA 92507

Kenneth Cotton
6451 BOX SPRINGS BLVD
RIVERSIDE, CA  92507

Leoch Battery Company
19751 Descartes, Unit A
Foothill RAnch, CA 92610

Liebert
C/O Receivables Control Corporation
7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369

On Power
5004 Honeygo Center Drive #102
Mail Stop 300
Perry Hall, MD 21128

Online Power Corporation
5701 Smithway Street
Commerce, CA 90040

Toshiba International
Industrial Division
13131 West Little York Road
Houston, TX 77041

Yellow Transportation
P O Box 5901
Topeka, KS 66605